***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted November 9, affirmed December 7, 2022

In the Matter of A. P. P. W.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

G. R. S.,
*Appellant.*

Douglas County Circuit Court
20JU00741; A178840 (Control)

In the Matter of T. A. W.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

G. R. S.,
*Appellant.*

Douglas County Circuit Court
20JU00743; A178841

George William Ambrosini, Judge.

Kristen G. Williams filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jon Zunkel-deCoursey, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

KAMINS, J.

Affirmed.

**KAMINS, J.**

Mother appeals a judgment terminating her parental rights to her two children, assigning four errors, each of which challenges the juvenile court's finding that it is improbable that the children could be returned to her care within a reasonable time. ORS 419B.504 ("The rights of the parent or parents may be terminated as provided in ORS 419B.500 if the court finds that the parent or parents are unfit by reason of conduct or condition seriously detrimental to the child or ward and integration of the child or ward into the home of the parent or parents is improbable within a reasonable time due to conduct or conditions not likely to change."). Exercising *de novo* review, ORS 19.415(3)(a), and having considered the entirety of the evidentiary record, we conclude, as did the juvenile court, that there is clear and convincing evidence that the statutory standards for termination are met.

Affirmed.